error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Order affirming conviction and remanding cause for a new trial on count 2 of the indictment.

1

J. L. MARCUM v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. January 5, 1925.) No. 4175. In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge. D. B. Sweeney, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Order affirming conviction, vacating the sentence, and remanding case for a new sentence.

2

J. L. MARCUM v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. January 5, 1925.) No. 4176. In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge. D. B. Sweeney, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Judgment of the District Court affirmed.

3

Letcher MARTIN v. CANOE CREEK COAL COMPANY. (Circuit Court of Appeals, Sixth Circuit. December 11, 1924.) No. 3814. In Error to the District Court of the United States for the Western District of Kentucky; Walter Evans, Judge. Henson & Taylor, of Henderson, Ky., for plaintiff in error. Humphrey, Crawford & Middleton, of Louisville, Ky., for defendant in error.

PER CURIAM. Judgment of the District Court reversed, and cause remanded for further proceedings, in accordance with the opinion of the Supreme Court. 266 U. S. 42, 45 S. Ct. 18, 69 L. Ed. ——.

4

Ben A. MATTHEWS, as Trustee in Bankruptcy of Israel Finkelstein, trading as I. Finkelstein & Son, Bankrupt, Plaintiff-Appellee, v. Jacob STEIN, Defendant-Appellant. (Circuit Court of Appeals, Second Circuit. January 19, 1925.) No. 139. Appeal from the District Court of the United States for the Southern District of New York. Archibald Palmer, of New York City, for appellant. Shaine & Weinrib, of New York City (Edward C. Weinrib, of New York City, on the brief), for appellee. Before ROGERS, HOUGH, and LEARNED HAND, Circuit Judges.

PER CURIAM. Decree affirmed.

5

Charles MEEHAN v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. March 3, 1925.) In Error to the District Court of the United States for the Western District of Michigan; Clarence W. Sessions, Judge. Clarence D. Dwyer, of Crystal Falls, Mich., for plaintiff in error. Edward J. Bowman, U. S. Atty., of Grand Rapids, Mich.

PER CURIAM. Judgment of the District Court affirmed.

6

D. O. MENASCO, Plaintiff in Error, v. F. G. HAWKINS, Defendant in Error. (Circuit Court of Appeals, Fifth Circuit. March 24, 1925.) No. 4476. In Error to the District Court of the United States for the Northern District of Mississippi, Edwin R. Holmes, Judge. Geo. J. Leftwich, of Aberdeen, Miss. (Leftwich & Tubb and Geo. J. Leftwich, all of Aberdeen, Miss., and C. H. King and A. B. Galloway, both of Memphis, Tenn., on the brief), for plaintiff in error. Geo. T. Mitchell and Chas. S. Mitchell, both of Tupelo, Miss., and L. M. Smith, of Memphis, Tenn., for defendant in error. Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. This was an action by the plaintiff in error for alleged malicious prosecution. Nothing is presented for review, except rulings of the court on objections to evidence. We think that each of those rulings obviously is either so free from error or nonprejudicial that no more need be said than that none of them involved reversible error. The judgment is affirmed.

7

Robert MYERS v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. April 6, 1925.) No. 4256. In Error to the District Court of the United States for the Western District of Kentucky; Charles H. Moorman, Judge. Edwards, Ogden & Peak, of Louisville, Ky., for plaintiff in error. W. S. Ball, U. S. Atty., of Louisville, Ky.

PER CURIAM. Judgment of the District Court affirmed.

8

Max NEHRENBERG, Appellant, v. Max INTROLIGATOR et al., Appellees. (Circuit Court of Appeals, Third Circuit. April 7, 1925.) No. 3289. Appeal from the District Court of the United States for the Eastern District of Pennsylvania; Oliver B. Dickinson, Judge. Furth, Singer & Bortin and Emanuel Furth, all of Philadelphia, Pa., for appellant. Michael J. Geraghty, of Philadelphia, Pa., for appellees. Before BUFFINGTON and WOOLLEY, Circuit Judges, and MORRIS, District Judge.

PER CURIAM. At a hearing on a rule to show cause why his discharge in bankruptcy should not be revoked, the bankrupt declined to answer questions. His refusal to testify stopped the proceeding abruptly, and his persistence in that regard made its completion impossible. Accordingly, the court entered an order holding him guilty of contempt. From that order he took this appeal, justifying his silence on several errors which he alleges the court had committed in the proceeding leading up to the hearing. No question of jurisdiction